IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE JESUS SERNA                                                                                         PETITIONER
REG. #41698-179

V.                                         NO.  2:06CV00083 SWW

LINDA SANDERS, Warden,                                                                        RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2241 petition for writ of habeas corpus is hereby dismissed in its entirety.  The dismissal is without prejudice in the event Respondent does not abide by the representations made in this proceeding.

IT IS SO ORDERED this 20th day of June,  2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE