IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE JESUS SERNA                                          PETITIONER
REG. #41698-179

V.                  NO. 2:06CV00083 SWW

LINDA SANDERS, Warden,                          RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice, in the event Respondent does not abide by the representations made in this proceeding.

IT IS SO ORDERED this 20th day of June, 2006.

                                                       /s/Susan Webber Wright

                                                      UNITED STATES DISTRICT JUDGE